**Exhibit A**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **Cecelia Peffer,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:08 cv 00838 |
| | : | |
| v. | : | Judge Sargus |
| | : | |
| **OhioHealth Corporation,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cecelia Peffer ("Plaintiff") and Defendant OhioHealth Corporation ("Defendant"), hereby stipulate and agree that this action be, and hereby is, dismissed with prejudice, with each party hereto to bear its own costs, fees, and expenses.

Respectfully Submitted,

*Kevin Truitt*
_____
Kevin J. Truitt (0078092)
Ohio Legal Rights Service
50 W. Broad Street, Suite 1400
Columbus, Ohio 43215
Telephone: 614.466.7264
Facsimile: 614.644.1888
ktruitt@olrs.state.oh.us
*Attorney for Plaintiff*

*Alison M. Day*
_____
Alison M. Day (0068060)
Jayme P. Smoot (0076406)
Littler Mendelson, P. C.
21 East State Street, Suite 1600
Columbus, Ohio 43215
Telephone: 614.463.4201
Facsimile: 614.221.3301
aday@littler.com
jsmoot@littler.com

Penelope A. Proctor (0010061)
OhioHealth Corporation
180 E. Broad Street, 34th Floor
Columbus, OH 43215